[No. 63441-1-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHY WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01409-2, Laura C. Inveen, J., entered May 4, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 63469-1-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN T.C. STANSIFER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07515-6, Douglass A. North, J., entered April 10, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 63473-9-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN E. DEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00653-1, John M. Meyer, J., entered April 14, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

[No. 63492-5-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDRE MONTEIRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05535-0, Mary Yu, J., entered May 11, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Spearman, JJ.